IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODERICK E. HUBERT, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:04-CV-2573-D |
| VS. § | |
| § | |
| DAVID K. HOEL, et al., § | |
| § | |
| Defendants. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the October 19, 2005 conclusions and recommendation of the magistrate judge, the court concludes that the conclusions and recommendation are correct and are therefore adopted. Accordingly, the June 21, 2005 motion to dismiss of putative defendant Dallas County District Attorney's Office is granted, and plaintiff's action against this defendant is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

November 16, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE