IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RODERICK E. HUBERT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:04-CV-2573-D |
| VS. | § | |
| | § | |
| DAVID K. HOEL, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the August 1, 2006 conclusions and recommendation of the magistrate judge, the court concludes that the conclusions and recommendation are correct and are therefore adopted. Accordingly, defendant David K. Hoel's June 29, 2006 motion to dismiss is granted, and plaintiff's action against him is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

September 1, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE